1  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
2  E-mail: tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
3  E-mail: abacon@toddflaw.com
21550 Oxnard St., Suite 780
4  Woodland Hills, California  91367
Telephone:   866-598-5042
5  Facsimile:   866-633-0228

6  *Attorneys for Plaintiff*

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  WILLIAM LOFTUS,                    Case No. 2:21-cv-06585-AB-SP
Individually and On Behalf of All
12  Others Similarly Situated,

13              Plaintiff,            **NOTICE OF RESOLUTION**
        v.
14
CLIPPER MAGAZINE LLC, and
15  DOES 1 through 10, inclusive, and each
of them,
16
            Defendants.
17

18       Plaintiff William Loftus ("Plaintiff"), for himself and on behalf of Defendant

19  Clipper Magazine LLC (individually, "Clipper" and together with Plaintiff, the

20  "Parties"), with Clippers's notice and permission, hereby informs the Court that the

21  Parties have reached a tentative resolution of their differences and disputes in the

22  above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal

23  will be filed by Plaintiff in the next sixty (60) days.  In the meantime, the Parties

24  respectfully request that the Court vacate all pending deadlines and stay the case, and

25  that the Court retain jurisdiction and not dismiss the matter at this time.

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

Dated:     October 22, 2021

LAW OFFICES OF TODD M.
FRIEDMAN, P.C.

By:/s/ Adrian R. Bacon
      Adrian R. Bacon

*Attorney for Plaintiff*
*William Loftus, individually and on*
*behalf of all others similarly situated*

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 22, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:     October 22, 2021                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By:/s/ Adrian R. Bacon
     Adrian R. Bacon

*Attorney for Plaintiff*

3