JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CLIPPER MAGAZINE LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>        Defendants. | Case No. 2:21-CV-06585-AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACTING DATES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty-five (65) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pending dates and deadlines are **VACATED**.

Dated: October 25, 2021

                                            HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT JUDGE